1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    BAY AREA PAINTRS AND TAPERS              No.  CV 13-05146 MEJ
     PENSION TRUST FUND,
9                                            **ORDER**

              Plaintiff,
10
        v.
11
     DDPD INC,
12
              Defendant.
13    _____/

14

15   GOOD CAUSE APPEARING THEREFOR,

16          IT IS ORDERED that this case is reassigned to the **Honorable Jon S. Tigar** in the **San

17   Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials JST** immediately after the case number. All hearing dates presently scheduled are

19   vacated and motions should be renoticed for hearing before the judge to whom the case has been

20   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23   Civ. P. 72(b).

24

25                                     FOR THE EXECUTIVE COMMITTEE:

26

27   Dated:  December 10, 2013
                                       _____
28   rev 4-12                          Richard W. Wieking
                                       Clerk of Court

*United States District Court*
*For the Northern District of California*